```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 19-05137-RNO
Joseph P. Abbate                                                        Chapter 13
         Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: AutoDocke          Page 1 of 1          Date Rcvd: Aug 24, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
          +Ramona Lee Abbate,   110 Heather Circle,   E. Stroudsburg, PA 18301-8230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   MTGLQ Investors, LP bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   MTGLQ Investors LP bkgroup@kmllawgroup.com
              Keri P Ebeck    on behalf of Creditor   MTGLQ Investors LP kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Philip W. Stock    on behalf of Debtor 1 Joseph P. Abbate pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph P. Abbate aka Joseph P. Abbate, Sr.<br>　　　　　Debtor | CHAPTER 13 |
| MTGLQ Investors, LP<br>　　　　　Movant<br>　vs.<br>Joseph P. Abbate aka Joseph P. Abbate, Sr.<br>　　　　　Debtor | NO. 19-05137 RNO |
| Charles J. DeHart, III, Esquire<br>　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: August 24, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (DG)