United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
    Joseph P. Abbate  
        Debtor(s)

Case No. 19-05137-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Dec 03, 2020      Form ID: ordsmiss      Total Noticed: 47

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph P. Abbate, 110 Heather Circle, E. Stroudsburg, PA 18301-8230 |
| 5284223 | | Allegro Credit, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 5277455 | + | County Waste of PA, PO Box 8010, Clifton Park, NY 12065-8010 |
| 5289679 | + | Equity Trust Company, Custodian, NEPA Management Associates, Inc., 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5277457 | + | Financial Recoveries, PO Box 1388, Mt. Laurel, NJ 08054-7388 |
| 5277459 | + | Highmark, PO Box 535049, Pittsburgh, PA 15253-5049 |
| 5277462 | + | Lehigh Valley Health Network, PO Box 781733, Philadelphia, PA 19178-1733 |
| 5277463 | + | Lendmark Financial, 106 Plaza 611 Ln. Ste. 103, Stroudsburg, PA 18360-7502 |
| 5287606 | + | MTGLQ Investors LP, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5300105 | + | MTGLQ Investors, L.P., P.O. Box 10826, Greenville, SC 29603-0826 |
| 5277465 | + | Mr. Cooper, PO Box 60516, City of Industry, CA 91716-0516 |
| 5277466 | + | Northeast Eye Specialists, 1060 North Church Street, Hazleton, PA 18202-1444 |
| 5277469 | + | PNC Bank, 300 Fifth Ave., The Tower at PNC Plaza, Pittsburgh, PA 15222-2401 |
| 5277467 | + | Paypal, Inc., Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 5277468 | + | Philip W. Stock, Esquire, 706 Monroe Street, Stroudsburg, PA 18360-2270 |
| 5277471 | + | Professional Anesthesia, PO Box 1587, Kingston, PA 18704-0587 |
| 5277472 | + | Progressive Physician Associates, PO Box 678398, Dallas, TX 75267-8398 |
| 5277473 | + | Ramona Lee Abbate, 110 Heather Circle, E. Stroudsburg, PA 18301-8230 |
| 5277474 | + | Real Time Resolutions, PO Box 1259, Oaks, PA 19456-1259 |
| 5277475 | + | Receivable Management Group, PO Box 6070, Columbus, GA 31917-6070 |
| 5277478 | + | SLUHN, PO Box 788187, Philadelphia, PA 19178-8187 |
| 5277479 | + | SLUHN Emerg. Physicians Monroe, 100 St. Luke's Ln., Stroudsburg, PA 18360-6217 |
| 5277477 | + | Sprint, PO Box 629023, El Dorado Hills, CA 95762-9023 |
| 5277480 | + | St. Luke's Emerg. Physician Spec., PO Box 5386, Bethlehem, PA 18015-0386 |
| 5277481 | + | St. Luke's Monroe Campus, 100 St. Luke's Ln., Stroudsburg, PA 18360-6217 |
| 5277482 | + | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 5277483 | + | Thomas R. Wilkins Equity Trust, 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5277484 | + | Wilkes-Barre General Hospital, PO Box 637907, Cincinnati, OH 45263-7907 |
| 5294833 | + | Woodlands Cranberry Community Inc, c/o NEPA Managemenment Associates Inc, 7164 Route 209, Stroudsburg, PA 18360-7108 |
| 5277485 | + | Woodlands-Cranberry Comm., c/o NEPA Management Assoc., 7164 Route 209, Stroudsburg, PA 18360-7108 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Dec 04 2020 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5277451 | | Email/Text: ebn@americollect.com | Dec 03 2020 19:21:00 | Americollect, PO Box 1690, Manitowoc, WI 54221 |
| 5297589 | + | EDI: CINGMIDLAND.COM | Dec 04 2020 00:03:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO LEAD PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 5291956 | + | EDI: CRESCENTBANK.COM | Dec 04 2020 00:03:00 | CRESCENT BANK, P.O. 61813, NEW ORLEANS, LA 70161-1813 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5277452 | + | EDI: CAPITALONE.COM | Dec 04 2020 00:03:00 | Capital One, 1680 Capital One Drive, McLean, VA 22102-3407 |
| 5277453 | + | EDI: CAPITALONE.COM | Dec 04 2020 00:03:00 | Capital One Bank USA N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5277454 | + | Email/Text: Bk@c2cfsi.com | Dec 03 2020 19:21:00 | Coast to Coast Financial Solutions, 101 Hodencamp Rd. Ste. 120, Thousand Oaks, CA 91360-5831 |
| 5277456 | + | EDI: CRESCENTBANK.COM | Dec 04 2020 00:03:00 | Crescent Bank, PO Box 60048, New Orleans, LA 70160-0048 |
| 5277458 | + | EDI: AMINFOFP.COM | Dec 04 2020 00:03:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 5277460 | | EDI: JEFFERSONCAP.COM | Dec 04 2020 00:03:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 5287605 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 03 2020 19:20:00 | Lendmark Financial Services LLC, Attn: Bankruptcy Dept., 2118 Usher Street NW, Covington, Georgia 30014 |
| 5277464 | + | Email/Text: Diane@mvrlaw.com | Dec 03 2020 19:20:00 | Martha Von Rosenstiel, P.C., Martha Von Rosenstiel, Esquire, 649 South Ave. Ste. 7, Secane, PA 19018-3541 |
| 5289385 | | EDI: PRA.COM | Dec 04 2020 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5277470 | + | EDI: PRA.COM | Dec 04 2020 00:03:00 | Portfolio Recovery, PO Box 4115, Concord, CA 94524-4115 |
| 5277476 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Dec 03 2020 19:21:00 | RMP, LLC, PO Box 20508, Indianapolis, IN 46220-0508 |
| 5277847 | + | EDI: RMSC.COM | Dec 04 2020 00:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5297035 | | EDI: AIS.COM | Dec 04 2020 00:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | MTGLQ Investors LP, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5277461 | *+ | Joseph P. Abbate, 110 Heather Circle, E. Stroudsburg, PA 18301-8230 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020  Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor MTGLQ Investors  LP bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MTGLQ Investors LP bkgroup@kmllawgroup.com |
| Keri P Ebeck | on behalf of Creditor MTGLQ Investors LP kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Philip W. Stock | on behalf of Debtor 1 Joseph P. Abbate pwstock@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Joseph P. Abbate,<br>aka Joseph P. Abbate Sr., | Chapter 13 |
| **Debtor 1** | Case No. 5:19−bk−05137−RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: December 3, 2020

By the Court,

*Robt N. Opel II* (signature)

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)